Boyce Motor Lines, Inc., Appellant, *v.* State of New York, Respondent. (Claim No. 29293.)

Eastman Kodak Company et al., Appellants, *v.* State of New York, Respondent. (Claim No. 29294.)

Mabel L. Rogers, as Administratrix of the Estate of Harold C. Rogers, Deceased, Appellant, *v.* State of New York, Respondent. (Claim No. 29295.)

Argued January 11, 1954; decided March 4, 1954.

*James M. Ryan* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.